**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALFRED FRANCOIS,**
**Plaintiff**

**CIVIL ACTION**

**VERSUS**

**No. 11-2956**

**DIAMOND OFFSHORE MANAGEMENT COMPANY AND DIAMOND OFFSHORE SERVICES COMPANY,**
**Defendants**

**SECTION "E"**

# VERDICT FORM

**Question 1.** Do you find that Diamond Offshore Management Company was negligent in causing Mr. Francois' accident on April 10, 2009?

Yes: ✓ No: ______

*Please proceed to Question 2.*

**Question 2.** Do you find that the OCEAN TOWER was unseaworthy and that the unseaworthiness was a cause of Mr. Francois' accident on April 10, 2009?

Yes: ______ No: ✓

*If you answered "no" to* ***both*** *Question 1* ***and*** *Question 2, please proceed directly to the last page of this form. Sign and date the form, and notify the U.S. Marshal that you have reached a verdict.*

*If you answered "yes" to* ***either*** *Question 1* ***or*** *Question 2, please proceed to Question 3.*

**Question 3.** Do you find that Mr. Francois was negligent and that his negligence caused, in whole or in part, his accident on April 10, 2009?

Yes: ______________ No: ✓

*Please proceed to Question 4.*

**Question 4.** Please state the percentage of fault of each party.

If you answered "no" for Question 1, your answer to Question 4a should be "0%."

If you answered "no" for Question 2, your answer to Question 4b should be "0%."

If you answered "no" for Question 3, your answer to Question 4c should be "0%."

| | | |
|---|---|---|
| 4a. | Diamond Offshore Management Company's Negligence | 100 % |
| 4b. | Unseaworthiness of the OCEAN TOWER | ______ % |
| 4c. | Mr. Francois' Negligence | ______ % |
| | TOTAL | 100% |

*Please proceed to Question 5.*

**Question 5.** Please state the total amount of damages, if any, that you find Mr. Francois sustained. Do not reduce the total amount of damages sustained, if any, by the percentage of fault that you may have attributed to Mr. Francois, if any, in Question 4c.

| | | |
|---|---|---|
| A. | Past Physical and Mental Pain and Suffering | $ 87,500 |
| B. | Future Physical and Mental Pain and Suffering | $ 12,500 |
| C. | Past Lost Earnings | $ 171,512 |
| D. | Loss of Future Earning Capacity | $ 297,861 |
| | TOTAL | $ 569,373 |

*Please proceed to the next page.*

You have now reached the end of the verdict form and should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and notify the U.S. Marshal that you have reached a verdict.

New Orleans, Louisiana, this 6th day of March, 2013.

Amanda R. McLay
FOREPERSON SIGNATURE

AMANDA R. MCLAY
FOREPERSON NAME (PRINTED)