**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALFRED FRANCOIS,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-2956** |
| **DIAMOND OFFSHORE MANAGEMENT COMPANY AND DIAMOND OFFSHORE SERVICES COMPANY,**<br>**Defendants** | **SECTION "E"** |

## JUDGMENT

This matter came before the Court for trial by jury from March 4, 2013, through March 6, 2013. The jury, in response to special interrogatories propounded by the Court, returned a verdict that: (1) Plaintiff, Alfred Francois ("Plaintiff"), was not negligent; (2) the M/V OCEAN TOWER was not unseaworthy; and (3) Diamond Offshore Management Company was negligent. The jury found that Diamond Offshore Management Company was one hundred percent (100%) at fault for causing the accident.

The jury awarded damages to Plaintiff as follows:

| | | |
|---|---|---|
| A. | Past Physical and Mental Pain and Suffering | $87,500.00 |
| B. | Future Physical and Mental Pain and Suffering | $12,500.00 |
| C. | Past Lost Earnings | $171,512.00 |
| D. | Loss of Future Earning Capacity | $297,861.00 |
| | TOTAL | $569,373.00 |

Considering the record, the jury's answers to special interrogatories propounded by the Court, and the law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be and hereby is judgment in the above-captioned case in favor of Plaintiff against Defendant, Diamond Offshore Management Company, in the amount of FIVE HUNDRED SIXTY-NINE THOUSAND THREE HUNDRED SEVENTY-THREE DOLLARS AND ZERO CENTS ($569,373.00), plus post-judgment interest pursuant to 28 U.S.C. §1961(a) until satisfied and costs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's unseaworthiness claim asserted against Defendant, Diamond Offshore Services Company as owner of the M/V OCEAN TOWER, be and hereby is **DISMISSED WITH PREJUDICE**.

**New Orleans, Louisiana, this 8th day of March, 2013.**

Susie Morgan
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**